PAUL J. ANDRE (Bar No. 196585)
LISA KOBIALKA (Bar No. 191404)
JAMES HANNAH (Bar No. 237978)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com

*Attorneys for Defendant*
Cleveland Medical Devices, Inc.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESMED CORP., <br><br> Plaintiff, <br><br> v. <br><br> CLEVELAND MEDICAL DEVICES, INC., <br><br> Defendant. | Case No. 3:23-cv-00500-TWR-JLB <br><br> **DECLARATION OF LISA KOBIALKA IN SUPPORT OF DEFENDANT CLEVELAND MEDICAL DEVICES, INC.'S REPLY IN SUPPORT OF ITS MOTION TO TRANSFER TO THE NORTHERN DISTRICT OF OHIO** <br><br> Date:  November 9, 2023 <br> Time:  1:30 p.m. <br> Ctrm.:  3A <br> Judge:  Hon. Todd W. Robinson |

I, Lisa Kobialka, make the following declaration under penalty of perjury:

1. I am an attorney admitted to practice in the State of California. I am a partner of the law firm Kramer Levin Naftalis & Frankel LLP, and am counsel of record for Defendant Cleveland Medical Devices Inc. ("CleveMed"). I have personal knowledge of the facts set forth in this declaration and can testify competently to those facts. I make this declaration in support of CleveMed's Reply in Support of Its Motion to Transfer to the Northern District of Ohio.

2. Attached hereto as Exhibit 1 is a true and correct copy of CleveMed's Notice of 30(b)(6) Deposition of Defendant ResMed Inc. ("ResMed"), served on June 7, 2023.

3. Attached hereto as Exhibit 2 is a true and correct copy of a webpage from the Midmark Corp. ("Midmark") website that states that "Midmark is headquartered in Versailles, Ohio," available at https://www.midmark.com/about-us/about-midmark, last visited on October 19, 2023.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of CleveMed's Supplemental Responses to ResMed's Second Set of Interrogatories (Nos. 15-17), served on October 3, 2023, in the matter *Cleveland Med. Devices Inc. v. ResMed Inc.*, Case No. 22-794-GBW (D. Del.) (the "Delaware Action").

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from ResMed's Second Supplemental Objections and Responses to CleveMed's Second Set of Interrogatories (Nos. 6-11), served on April 24, 2023, in the Delaware Action. The documents that ResMed cites in response to Interrogatory No. 6 include emails reflecting the occurrence of in-person meetings between ResMed and Midmark in Ohio.

6. Attached hereto as Exhibit 5 is a true and correct copy of a Memorandum Order filed on October 2, 2023 (Dkt. No. 163), in the Delaware Action.

7. Attached hereto as Exhibit 6 is a true and correct copy of the Decision Denying Institution, filed on September 25, 2023, in the matter *ResMed Corp. v. Cleveland Med. Devices Inc.*, IPR2023-00565, Paper 13 (P.T.A.B.).

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts of the U.S. District Courts, Federal Court Management Statistics–Profiles, June 30, 2023, for the Northern District of Ohio and Southern District of California, available at https://www.uscourts.gov/sites/default/files/data_tables/fcms_na_distprofile0630.2023.pdf, last visited on October 19, 2023.

I declare under penalty of perjury under the laws of the United States that each of the above statements is true and correct. Executed on October 19, 2023, in Redwood Shores, California.

*/s/ Lisa Kobialka*
Lisa Kobialka