**RESMED CORP. v. CLEVELAND MEDICAL DEVICES, INC.**
**Case No. 23-cv-00500-TWR-JLB**

**INDEX OF EXHIBITS TO**
**DECLARATION OF LISA KOBIALKA IN SUPPORT OF**
**DEFENDANT CLEVELAND MEDICAL DEVICES, INC.'S**
**REPLY IN SUPPORT OF ITS MOTION TO TRANSFER**
**TO THE NORTHERN DISTRICT OF OHIO**

| EXHIBIT NO. | DESCRIPTION | PAGE NOS. |
|---|---|---|
| 1 | Cleveland Med. Devices, Inc.'s ("CleveMed") Notice of 30(b)(6) Deposition of Defendant ResMed Inc. ("ResMed"), served on June 7, 2023. | 1-17 |
| 2 | Webpage from the Midmark Corp. ("Midmark"), available at https://www.midmark.com/about-us/about-midmark, last visited on October 19, 2023. | 18 |
| 3 | Excerpts of CleveMed's Supplemental Responses to ResMed's Second Set of Interrogatories (Nos. 15-17), served on October 3, 2023, in the matter *Cleveland Med. Devices Inc. v. ResMed Inc.*, Case No. 22-794-GBW (D. Del.) (the "Delaware Action"). | 19-30 |
| 4 | Excerpts from ResMed's Second Supplemental Objections and Responses to CleveMed's Second Set of Interrogatories (Nos. 6-11), served on April 24, 2023, in the Delaware Action. | 31-37 |
| 5 | Memorandum Order filed on October 2, 2023 (Dkt. No. 163), in the Delaware Action. | 38-52 |
| 6 | Decision Denying Institution, filed on September 25, 2023, in the matter *ResMed Corp. v. Cleveland Med. Devices Inc.*, IPR2023-00565, Paper 13 (P.T.A.B.). | 53-71 |
| 7 | Excerpts of the U.S. District Courts, Federal Court Management Statistics–Profiles, June 30, 2023, for the Northern District of Ohio and Southern District of California, available at https://www.uscourts.gov/sites/default/files/data_tables/fcms_na_distprofile0630.2023.pdf, last visited on October 19, 2023. | 72-73 |