# Exhibit 2



## Get to Know Us

Midmark is the only company transforming healthcare experiences through innovative design within medical, dental and animal health environments.

### ABOUT MIDMARK

Midmark is the only clinical environmental design company that enables a better care experience at the point of care in medical, dental and animal health. Our unique approach to designing all of our products and solutions revolves around a single idea: **Harmonizing space, technology and workflows to enhance interactions between patients and caregivers.** The result of this process is more efficient care and better outcomes—clinical, operational and financial.

And what makes all of this possible? Our people. We are a team of more than 2,200 teammates worldwide, all passionate about creating better care experiences. Our teammates care about the people they work with and impact. From our colleagues and customers to caregivers and patients—both human and animal—through all of the clinical spaces we serve, what drives us is respect and gratitude.

Founded in 1915, Midmark is headquartered in Versailles, Ohio, with several other locations in the United States and international subsidiaries in India and Italy. We are, and always have been, committed to giving back to the communities we serve. From partnerships with local food pantries, wellness programs and blood banks to donating medical equipment to developing countries, community outreach and philanthropy are just more ways Midmark works to achieve our vision of transforming the clinical care environment for the betterment of all.

**Exhibit 2**
**Pg. 18**