# Exhibit 7

## U.S. District Court — Judicial Caseload Profile

**OHIO NORTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jun 30 2018 | Jun 30 2019 | Jun 30 2020 | Jun 30 2021 | Jun 30 2022 | Jun 30 2023 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings ¹ | | 5,343 | 5,846 | 5,283 | 4,668 | 3,969 | 4,053 | | |
| | Terminations | | 4,560 | 4,937 | 4,822 | 4,348 | 4,545 | 4,151 | | |
| | Pending | | 5,974 | 6,737 | 7,198 | 7,521 | 6,940 | 6,866 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | -24.1 | -30.7 | -23.3 | -13.2 | 2.1 | | 50 | 5 |
| | Number of Judgeships | | 11 | 11 | 11 | 11 | 11 | 11 | | |
| | Vacant Judgeship Months ² | | 12.0 | 11.3 | 17.8 | 35.3 | 33.1 | 12.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 486 | 531 | 480 | 424 | 361 | 368 | 67 | 5 |
| | | Civil | 352 | 388 | 352 | 262 | 219 | 232 | 62 | 5 |
| | | Criminal Felony | 83 | 95 | 85 | 115 | 88 | 79 | 37 | 3 |
| | | Supervised Release Hearings | 51 | 48 | 43 | 47 | 54 | 57 | 24 | 2 |
| | Pending Cases ² | | 543 | 612 | 654 | 684 | 631 | 624 | 21 | 2 |
| | Weighted Filings ² | | 362 | 439 | 396 | 401 | 327 | 322 | 70 | 6 |
| | Terminations | | 415 | 449 | 438 | 395 | 413 | 377 | 67 | 6 |
| | Trials Completed | | 11 | 13 | 9 | 12 | 12 | 16 | 43 | 4 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 7.9 | 8.4 | 9.2 | 11.5 | 12.1 | 13.8 | 42 | 3 |
| | | Civil ² | 10.3 | 9.9 | 9.4 | 9.9 | 9.8 | 8.6 | 37 | 3 |
| | From Filing to Trial ² (Civil Only) | | 21.4 | 18.6 | - | - | 36.2 | 41.4 | 42 | 3 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old ² | | 1,317 25.4 | 1,057 18.2 | 581 9.5 | 1,259 20.8 | 2,354 41.4 | 3,094 54.5 | 90 | 9 |
| | Average Number of Felony Defendants Filed per Case | | 1.5 | 1.4 | 1.4 | 1.4 | 1.5 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 53.1 | 45.9 | 48.6 | 48.4 | 51.1 | 45.0 | | |
| | | Percent Not Selected or Challenged | 45.6 | 40.4 | 33.1 | 35.0 | 41.8 | 34.5 | | |

| 2023 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 2,556 | 498 | 94 | 483 | 12 | 41 | 228 | 219 | 184 | 158 | 402 | - | 237 |
| Criminal ¹ | 865 | 26 | 342 | 37 | 238 | 112 | 25 | 45 | 3 | 10 | 8 | 4 | 15 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

² See "Explanation of Selected Terms."

Exhibit 7
Pg. 72

## U.S. District Court — Judicial Caseload Profile

**CALIFORNIA SOUTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jun 30 2018 | Jun 30 2019 | Jun 30 2020 | Jun 30 2021 | Jun 30 2022 | Jun 30 2023 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 10,436 | 9,474 | 9,036 | 8,252 | 7,348 | 7,279 | | |
| | Terminations | | 8,372 | 8,925 | 8,330 | 7,010 | 7,870 | 7,632 | | |
| | Pending | | 5,794 | 5,759 | 5,946 | 6,878 | 5,936 | 5,391 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | -30.3 | -23.2 | -19.4 | -11.8 | -0.9 | | 68 | 12 |
| | Number of Judgeships | | 13 | 13 | 13 | 13 | 13 | 13 | | |
| | Vacant Judgeship Months [2] | | 22.7 | 49.1 | 60.0 | 68.2 | 54.7 | 12.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 803 | 729 | 695 | 635 | 565 | 560 | 22 | 5 |
| | | Civil | 227 | 222 | 210 | 209 | 158 | 189 | 77 | 11 |
| | | Criminal Felony | 483 | 413 | 383 | 341 | 282 | 259 | 5 | 2 |
| | | Supervised Release Hearings | 93 | 94 | 103 | 85 | 125 | 111 | 6 | 3 |
| | Pending Cases [2] | | 446 | 443 | 457 | 529 | 457 | 415 | 55 | 9 |
| | Weighted Filings [2] | | 649 | 605 | 602 | 658 | 503 | 466 | 30 | 6 |
| | Terminations | | 644 | 687 | 641 | 539 | 605 | 587 | 18 | 3 |
| | Trials Completed | | 15 | 16 | 8 | 5 | 10 | 10 | 75 | 9 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 4.6 | 4.4 | 4.6 | 8.3 | 7.8 | 7.1 | 7 | 3 |
| | | Civil [2] | 6.4 | 6.1 | 6.2 | 7.7 | 7.7 | 6.4 | 10 | 3 |
| | From Filing to Trial [2] (Civil Only) | | 35.9 | 27.7 | 36.7 | 28.3 | 46.9 | 46.7 | 49 | 8 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 411 14.3 | 621 23.0 | 743 26.5 | 603 22.1 | 535 23.2 | 409 18.5 | 73 | 12 |
| | Average Number of Felony Defendants Filed per Case | | 1.1 | 1.1 | 1.1 | 1.1 | 1.2 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 50.3 | 52.3 | 53.5 | 70.5 | 61.3 | 55.2 | | |
| | | Percent Not Selected or Challenged | 41.7 | 41.8 | 42.5 | 54.2 | 46.2 | 42.7 | | |

### 2023 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 2,461 | 161 | 63 | 415 | 2 | 32 | 117 | 354 | 233 | 203 | 318 | 5 | 558 |
| Criminal [1] | 3,370 | 3 | 1,481 | 1,597 | 35 | 68 | 32 | 30 | - | 14 | 27 | 33 | 50 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

Exhibit 7
Pg. 73